# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| CHARLES E. KING | CIVIL ACTION NO. 18-0335 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| MADISON PARISH DETENTION CENTER | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Charles E. King's Complaint is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 21st day of August, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE